# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

| | |
|---|---|
| MARIA NUÑEZ CASTILLO,<br><br>    Plaintiff,<br><br>v.<br><br>MAGDI H. HANNA, HAROUN KAMIL SOLTAN, EMAD ATAA YOUSSEF, and CASSANDRA OLVEDA,<br><br>    Defendants. | No. 3:23-CV-00542<br><br>Judge Trauger<br>Magistrate Judge Frensley |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants have reached settlement. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff Maria Nuñez Castillo and Defendants Magdi H. Hanna, Haroun Kamil Soltan, Emad Ataa Youssef, and Cassandra Olveda that all claims in this lawsuit are hereby dismissed with prejudice.

Respectfully submitted,

/s/ William Cox
Martha M. Lafferty, BPR #019817
William Cox, BPR #037905
Tennessee Fair Housing Council
107 Music City Circle, Suite 318
Nashville, TN  37214
(615) 874-2344
martie@tennfairhousing.org
william@tennfairhousing.org


/s/ Julie Yriart
Julie Yriart, BPR #037264
Nashville Hispanic Bar Association

Eviction Right to Counsel
2195 Nolensville Pike
Nashville, TN 37211
(615) 701-7957
Julie@nashvillehispanicbar.org

**COUNSEL FOR PLAINTIFF**

/s/ Vivien Wang
Vivien Wang, BPR # 029556
Wang Law Group, PLLC
2720 Nolensville Pike, Ste 200A
Nashville, TN 37211
Ph: (615) 369-7069
Fax: (615) 369-8066
Email: vwang@vwang.com

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served via the Court's electronic case filing system to:

Vivien Wang
Wang Law Group, PLLC
2720 Nolensville Pike, Ste 200A
Nashville, TN 37211
vwang@vwanglaw.com

This 6th day of June, 2024.

/s/ William Cox